# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# DIVISION OF FLORENCE

| | |
|---|---|
| KELLI BAUGH and JUSTIN BAUGH, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No.: 4:11-cv-00525-RBH |
| v. | ) |
| | ) |
| BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC.; BERLEX LABORATORIES, INC.; and BERLEX, INC., | ) STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| | ) |
| Defendants. | ) |

Plaintiffs having elected to voluntarily dismiss Defendants BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER PHARMACEUTICALS CORPORATION; BERLEX LABORATORIES, INC.; and BERLEX, INC., it is hereby stipulated and agreed that this action be and hereby is dismissed with prejudice and without costs as to Defendants BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER PHARMACEUTICALS CORPORATION; BERLEX LABORATORIES, INC.; and BERLEX, INC.

Dated: August 22, 2012

s/Andrew Melling
Andrew Melling, Esq.
McNAIR LAW FIRM, P.A.
1301 Gervais Street
Columbia, SC 29211
Tel:  803-799-9800
Fax:  803-753-3278

Attorneys for Defendants Bayer Corporation; Bayer HealthCare, LLC; Bayer Pharmaceuticals Corporation, Inc.; Bayer HealthCare Pharmaceuticals Inc.; Berlex Laboratories, Inc.; and Berlex, Inc..

s/Carmen S. Scott
Carmen S. Scott, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel: 843-216-9160

Attorneys for Plaintiffs

## ORDER

      IT IS HEREBY ORDERED, pursuant to the above Stipulation, that the above-captioned action is dismissed with prejudice.

Dated: August 29, 2012,          s/ R. Bryan Harwell
                                                      Judge, U. S. District Court

Baugh: 4:11-cv-00525-RBH