# Exhibit 11

**(Document Withheld Pursuant to Plaintiffs' Pending Motion to File Under Seal)**