IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| **KELLI BAUGH and JUSTIN BAUGH,** )<br>)<br>**Plaintiff(s),** )<br>)<br>v. )<br>)<br>**BAYER CORPORATION, BAYER** )<br>**HEALTHCARE, LLC, BAYER** )<br>**PHARMACEUTICALS CORPORATION,** )<br>**BAYER HEALTHCARE** )<br>**PHARMACEUTICALS, INC., BERLEX** )<br>**LABORATORIES, INC., and BERLEX, INC.,** )<br>)<br>**Defendants.** )<br>_____ ) | **Civil Action No. 4:11-cv-00525-RBH** |

## CONSENT ORDER

In this action, third parties Dr. Avie Rainwater, III and LifeCare Psychology Group, LLC ("LifeCare") have refused to produce their entire patient file(s) for Plaintiff Kelli Baugh, including copies of original testing and data.  Plaintiff has signed an authorization for the release of this information and does not oppose its release.

**It is Hereby ORDERED** that Dr. Rainwater and LifeCare produce their entire patient file(s) for Plaintiff Kelli Baugh, including psychological testing records and data, and any additional documents in their possession regarding Plaintiff that have not previously been produced.

**It is further ORDERED** that Dr. Rainwater and LifeCare prepare the entire patient file(s) for a representative of defendant, Bayer Healthcare Pharmaceuticals, Inc. to collect at Dr. Rainwater and LifeCare's location, 800 East Cheves Street, Suite 390, Florence, South Carolina, 29506, at 12:00 pm, Tuesday, January 29, 2013.

                                                 s/R. Bryan Harwell
                                                 R. Bryan Harwell
                                                 United States District Court Judge

January 28, 2013

WE SO MOVE AND CONSENT:

| | |
|---|---|
| By   s/Carmen S. Scott | By    s/Andrew G. Melling |
| Carmen S. Scott Fed ID 7513 | Celeste T. Jones Fed ID 2225 |
| Fred Thompson, III Fed ID 4081 | Andrew G. Melling Fed ID 7882 |
| Motley Rice LLC | McNair Law Firm, P.A. |
| 28 Bridgeside Boulevard | Post Office Box 11390 |
| Mt. Pleasant, SC 29464 | Columbia, SC 29211 |
| cscott@motleyrice.com | Telephone:  (803) 799-9800 |
| Telephone:  (843) 216-9000 | Facsimile:  (803) 753-3278 |
| | |
| | *Attorneys for Defendants* |
| J. Thomas McBratney, III Fed ID 10517 | |
| McBratney Law Firm, P.A. | |
| Post Office Box 3890 | |
| Florence, SC 29502 | |
| Telephone:  (843) 662-8155 | |
| | |
| *Attorneys for Plaintiffs* | |

376020 v3